1  ZACH COWAN, Acting City Attorney          SBN 96372
   MATTHEW J. OREBIC, Deputy City Attorney   SBN 124491
2  Morebic@ci.berkeley.ca.us
   2180 Milvia Street, Fourth Floor
3  Berkeley, CA 94704
   TEL.: (510) 981-6950
4  FAX.: (510) 981-6960

5  Attorneys for Defendant CITY OF BEKELEY

6  ANDREW W. SHALABY                          SBN 206841
   Shalabylaw@aol.com
7  7525 Leviston Avenue
   El Cerrito, CA 94530
8  TEL: (510) 528-8500
   FAX: (510) 528-2412
9
   Attorney for Plaintiff JOSE L. RAMIREZ
10

11

12

13                    **UNITED STATES DISTRICT COURT**

14                    **NORTHERN DISTRICT OF CALIFORNIA**

15                         **SAN FRANCISCO DIVISION**

16

17  **JOSE LUIS RAMIREZ,**                    NO. C 07 05701 MMC

18          Plaintiff,
                                              **STIPULATION AND ORDER**
19  v.                                        **CONTINING FIRST CMC TO MARCH 14, 2008**

20  **BERKELEY POLICE DEPARTMENT;
    and DOES 1-50,**
21
22          Defendants.

23

24                              **STIPULATION**

25      The attorneys for defendant City of Berkeley and plaintiff Jose L. Ramirez stipulate as

26  follows:

27      1. The Court set a Case Management Conference for February 22, 2008 at 10:30 a.m.

28      2. Defense counsel has a vacation scheduled for that week.

1

STIPULATION AND ORDER RE: CMC
USDC NO. C 07 05201 MMC

3. To accommodate defense counsel, the parties request the CMC be continued to March 14, 2008 at 10:30 a.m. (a date defense counsel's office had been informed is acceptable to the Court).

Dated: December 20, 2007          ZACH COWAN, Acting City Attorney
                                  MATTHEW J. OREBIC, Deputy City Attorney

                         By:    /s/
                                MATTHEW J. OREBIC
                                Attorneys for Defendant CITY OF BERKELEY

Dated: December 20, 2007

                         By:    _____
                                ANDREW W. SHALABY
                                Attorneys for Plaintiff JOSE L. RAMIREZ

## ORDER

The Court hereby continues the Case Management Conference to March 14, 2008 at 10:30 a.m.

IT IS SO ORDERED.

DATED: _____

                                   _____
                                   Hon. Maxine M. Chesney
                                   United States District Court Judge

2
STIPULATION AND ORDER RE: CMC
USDC NO. C 07 05201 MMC