1  ZACH COWAN, Acting City Attorney         SBN 96372
   MATTHEW J. OREBIC, Deputy City Attorney  SBN 124491
2  Morebic@ci.berkeley.ca.us
   2180 Milvia Street, Fourth Floor
3  Berkeley, CA 94704
   TEL.: (510) 981-6950
4  FAX.: (510) 981-6960

5  Attorneys for Defendant CITY OF BEKELEY

6  ANDREW W. SHALABY                        SBN 206841
   Shalabylaw@aol.com
7  7525 Leviston Avenue
   El Cerrito, CA 94530
8  TEL: (510) 528-8500
   FAX: (510) 528-2412
9
   Attorney for Plaintiff JOSE L. RAMIREZ

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **JOSE LUIS RAMIREZ,**<br><br>            Plaintiff,<br><br>v.<br><br>**BERKELEY POLICE DEPARTMENT; and DOES 1-50,**<br><br>            Defendants. | NO. C 07 05701 MMC<br><br>**STIPULATION AND ORDER CONTINING FIRST CMC TO MARCH 14, 2008** |

## **STIPULATION**

The attorneys for defendant City of Berkeley and plaintiff Jose L. Ramirez stipulate as follows:

1. The Court set a Case Management Conference for February 22, 2008 at 10:30 a.m.

2. Defense counsel has a vacation scheduled for that week.

3. To accommodate defense counsel, the parties request the CMC be continued to March 14, 2008 at 10:30 a.m. (a date defense counsel's office had been informed is acceptable to the Court).

Dated:  December 20, 2007        ZACH COWAN, Acting City Attorney
                                 MATTHEW J. OREBIC, Deputy City Attorney

By:  _____/s/_____
     MATTHEW J. OREBIC
     Attorneys for Defendant CITY OF BERKELEY

Dated:  December 20, 2007

By:  _____
     ANDREW W. SHALABY
     Attorneys for Plaintiff JOSE L. RAMIREZ

**ORDER**

The Court hereby continues the Case Management Conference to March 14, 2008 at 10:30 a.m.

IT IS SO ORDERED.

DATED:  December 27, 2007

_____
Hon. Maxine M. Chesney
United States District Court Judge