IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOSE LUIS RAMIREZ,

        Plaintiff,

  v.

BERKELEY POLICE DEPARTMENT,

        Defendant
                                          /

No. C-07-5701 MMC

**ORDER RE: CONSENT TO MAGISTRATE JUDGE AND CASE MANAGEMENT CONFERENCE**

      The Court is in receipt of the parties' Joint Case Management Conference Statement, wherein the parties state they would consent to assignment of the case for all purposes to one of three magistrate judges, specifically Magistrate Judges James Larson, Elizabeth D. Laporte, or Joseph C. Spero.

      On November 18, 2007, plaintiff filed a consent form. If defendant, on or before March 12, 2008, likewise files a consent form,[1] the Case Management Conference presently scheduled for March 14, 2008 will be vacated and the case will be assigned to one of the three specified magistrate judges.[2]

      **IT IS SO ORDERED.**

Dated: March 7, 2008

                                              MAXINE M. CHESNEY
                                              United States District Judge

---

[1] For the defendant's convenience, a consent form is attached hereto. Forms are also available at http://www.cand.uscourts.gov, in the "Forms" section.

[2] Alternatively, plaintiff and defendant may each file a modified consent form, in which a particular magistrate judge, as to whom both parties have agreed, is specified.