UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LUIS RAMIREZ<br><br>    Plaintiff(s),<br><br>v.<br><br>BERKELEY POLICE DEPT.,<br><br>    Defendant(s).<br>_____/ | No. C 07-5701 MMC<br><br>**CONSENT TO PROCEED BEFORE A**<br>**UNITED STATES MAGISTRATE JUDGE** |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: March 10, 2008

_____
Signature
Counsel for Defendant CITY OF BERKELEY
(Plaintiff, Defendant or indicate "pro se")