**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOSE LUIS RAMIREZ,

    Plaintiff,

v.

BERKELEY POLICE DEPARTMENT,

    Defendant.
_____/

No. C-07-5701 MMC

**ORDER OF REFERENCE TO MAGISTRATE JUDGE FOR TRIAL UPON CONSENT; DIRECTIONS TO CLERK**

All parties having consented to assignment of the above-titled matter to a United States Magistrate Judge, and the parties further having requested assignment to one of three Magistrate Judges, specifically Magistrate Judges James Larson, Elizabeth D. Laporte, or Joseph C. Spero, IT IS HEREBY ORDERED that the case is referred to a magistrate judge for all further proceedings and entry of judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit. See 28 U.S.C. § 636(c).

In light of the parties' request, the Clerk is hereby DIRECTED to reassign the case to Magistrate Judge James Larson, Elizabeth D. Laporte, or Joseph C. Spero.[1]

**IT IS SO ORDERED.**

Dated: March 10, 2008

                      MAXINE M. CHESNEY
                      United States District Judge

---

[1] The March 14, 2008 Case Management Conference before the undersigned is hereby VACATED.