United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Ramirez, | 07-05701 JCS ENE |
| Plaintiff(s), | **Notice of Appointment of Evaluator** |
| v. | |
| Berkeley Police Department, | |
| Defendant(s). | |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Evaluator assigned to this case is:

**James V. Fitzgerald**
McNamara Dodge Ney Beatty Slattery, Pfalzer, LLP
1211 Newell Ave., 2nd Fl.
Walnut Creek, CA 94596
925-939-5330
James.Fitzgerald@Mcnamaralaw.com

Counsel shall familiarize themselves with the requirements of ADR L.R. 5 which governs the ENE program. The evaluator will schedule a joint phone conference with counsel under ADR L.R. 5-7 and will set the date of the ENE session within the deadlines set by ADR L.R. 5-5 or the court order referring this action to ENE. The court permits the evaluator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Evaluator**
07-05701 JCS ENE                        - 1 -

1  Counsel are reminded that the written ENE statements required by the ADR L.R.
2  5-8 shall NOT be filed with the court.

4  Dated: April 1, 2008

                                          RICHARD W. WIEKING
                                          Clerk
                                          by:     Claudia M. Forehand

_____
ADR Case Administrator
415-522-2059
Claudia_Forehand@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice of Appointment of Evaluator**
07-05701 JCS ENE                    - 2 -