# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
## CIVIL MINUTE ORDER

**CASE NO.  C 07-05701 JCS**

**CASE NAME:  JOSE L RAMIREZ v. BERKELEY POLICE DEPARTMENT**

| | |
|---|---|
| **MAGISTRATE JUDGE JOSEPH C. SPERO** | **COURTROOM DEPUTY**: Karen Hom |
| **DATE**: April 18, 2008    **TIME**: 30 Mins | **COURT REPORTER**: <u>Not Recorded</u> |
| **COUNSEL FOR PLAINTIFF:**<br>Andrew W. Shalaby | **COUNSEL FOR DEFENDANT:**<br>Matthew J. Orebic |

**PROCEEDINGS:**                                                                     **RULING:**

1. Case Management Conference                                            Held.

**ORDERED AFTER HEARING:**

Initial disclosures shall be made by May 1, 2008.
ENE shall occur within sixty (60) days.
A joint updated cmc statement shall be due by 6/20/8.

**ORDER TO BE PREPARED BY:**        () Plaintiff      () Defendant      (X) Court

**CASE CONTINUED TO: 06/27/08 at 1:30 p.m., for a further case mgmt conference.**

| | | |
|---|---|---|
| **Number of Depos:** 2 ea side before ENE | **Number of Experts:** | **Discovery Cutoff:** |
| **Expert Disclosure:** | **Expert Rebuttal:** | **Expert Discovery Cutoff:** |
| **Motions Hearing:**    at 9:30 a.m. | **Pretrial Conference:** | at 1:30 p.m. |
| **Trial Date:**    at 8:30 a.m. ()Jury   ()Court    Set for    days | | |

cc:      Chambers; Karen, ADR
* (T) = Telephonic Appearance