United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE L RAMIREZ, | Case No. C-07-05701 JCS |
| Plaintiff(s), | |
| v. | **CASE MANAGEMENT AND PRETRIAL ORDER** |
| BERKELEY POLICE DEPARTMENT, | |
| Defendant(s). | |

Following a case management conference held on **April 18, 2008,**

IT IS HEREBY ORDERED THAT:

1. Initial disclosures regarding the incident in this matter shall be completed by **May 1, 2008.**

2. The Early Neutral Evaluation (ENE) before James Fitzgerald shall occur within sixty (60) days.

3. Each side may take up to two (2) depositions each before the ENE.

4. A joint updated case management conference statement shall be due by **June 20, 2008.**

5. A further case management conference is set for **June 27, 2008.**

IT IS SO ORDERED.

Dated: April 22, 2008

_____
JOSEPH C. SPERO
United States Magistrate Judge