Andrew W. Shalaby [SBN 206841]
7525 Leviston Ave
El Cerrito, CA 94530
tel. 510-528-8500, fax 510-528-2412

Attorney for Plaintiff Jose Luis Ramirez

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LUIS RAMIREZ,<br><br>                      Plaintiff,<br>v.<br>BERKELEY POLICE DEPARTMENT; and DOES 1-50,<br><br>                      Defendants. | Case No. CV 07-5701 JCS<br><br>REQUEST FOR DISMISSAL WITHOUT PREJUDICE |

Plaintiff JOSE LUIS RAMIREZ hereby respectfully requests that this action be DISMISSED WITHOUT PREJUDICE.

Dated: May 15, 2008

_____
Andrew W. Shalaby, Attorney for
Plaintiff Jose Luis Ramirez