1  Andrew W. Shalaby [SBN 206841]
   7525 Leviston Ave
2  El Cerrito, CA 94530
   tel. 510-528-8500, fax 510-528-2412
3
   Attorney for Plaintiff Jose Luis Ramirez
4

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| JOSE LUIS RAMIREZ, | Case No. CV 07-5701 JCS |
|---|---|
| Plaintiff, | PLAINTIFF'S OPPOSITION TO DEFENDANT'S REQUEST FOR SANCTIONS IN RE REQUEST FOR RECUSAL |
| v. | |
| BERKELEY POLICE DEPARTMENT; and DOES 1-50, | |
| Defendants. | |

    Defendant BERKELEY POLICE DEPARTMENT ("BPD"), by way of its counsel MATTHEW OREBIC, filed an opposition to Plaintiff's request for recusal brought under 28 USC section 144, and requested $900 in sanctions. At today's deposition, Mr. Orebic scolded and told Plaintiff's counsel, Andrew Shalaby, on the record, that if he ever did something (whatever that "something" was Shalaby cannot recall at the moment), Shalaby "*will be sanctioned*." He spoke the words clearly and unequivocally as if he had assurance that at his initiative, there was a 100% certainty Shalaby would be sanctioned. Now that Plaintiff has merely exercised his statutory right to file a mere request for recusal (ecf 25) prior to the Request for Dismissal he just filed (ecf 27), Mr. Orebic promptly opposed on grounds that apparently he

**OPP. TO DEFENDANT'S REQUEST FOR SANCTIONS**    CV 07-5701 JCS

1  believes a noticed motion was required (stated on an email), and on grounds that
2  overlook the fact that it is the subjective belief of the party seeking recusal which
3  controls, not the reasonableness of that belief.  While dismissal of the action should
4  moot out the entire matter, in an abundance of caution Plaintiff and his counsel
5  respectfully oppose the sanction request on grounds that it fails to comply with the
6  safe harbor requirements of Fed. R. Civ.P., rule 11(c)(1)(A).  Rule 11(c)(1)(A) also
7  authorizes fees to the party prevailing against a motion for sanctions, as should be the
8  case here.  Plaintiff's counsel has spent 30 minutes on this opposition at the equivalent
9  rate of $300, and respectfully requests, in the Court's sound discretion, reimbursement
10 of $150 for opposing Mr. Orebic's motion.

13 Dated: May 15, 2008

Andrew W. Shalaby, Attorney for Plaintiff

**OPP. TO DEFENDANT'S REQUEST FOR SANCTIONS**      CV 07-5701 JCS

2