Andrew W. Shalaby [SBN 206841]
7525 Leviston Ave
El Cerrito, CA 94530
tel. 510-528-8500, fax 510-528-2412

Attorney for Plaintiff Jose Luis Ramirez

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LUIS RAMIREZ,<br><br>                              Plaintiff,<br>v.<br>BERKELEY POLICE DEPARTMENT; and DOES 1-50,<br><br>                              Defendants. | Case No. CV 07-5701 JCS<br><br>PLAINTIFF'S WITHDRAWAL OF MOTION TO RECUSE |

Plaintiff JOSE LUIS RAMIREZ hereby WITHDRAWS his motion to recuse, ecf 25, filed May 15, 2008, and requests that the Court dismiss the action without prejudice pursuant to ecf 27. The motion to dismiss remains presented ex parte because while Mr. Orebic's office called the Court this morning, Mr. Orebic appears unavailable at this hour to sign a Rule 41 stipulation for dismissal. Should Mr. Orebic be available later this morning and should he execute a Rule 41 stipulation, Plaintiff shall re-file the request for dismissal pursuant to Rule 41 if the Court has not dismissed the action by that time.

Dated: May 16, 2008



Andrew W. Shalaby, Attorney for Plaintiff

**PLAINTIFF'S WITHDRAWAL OF MOTION TO RECUSE**     CV 07-5701 JCS

1