Andrew W. Shalaby [SBN 206841]
7525 Leviston Ave
El Cerrito, CA 94530
tel. 510-528-8500, fax 510-528-2412

Attorney for Plaintiff Jose Luis Ramirez

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LUIS RAMIREZ,<br><br>      Plaintiff,<br>v.<br><br>BERKELEY POLICE DEPARTMENT; and DOES 1-50,<br><br>      Defendants. | Case No. CV 07-5701 JCS<br><br>AMENDED REQUEST FOR DISMISSAL WITHOUT PREJUDICE |

Pursuant to Fed. R. Civ.P., rule 41(a)(2), Plaintiff JOSE LUIS RAMIREZ hereby respectfully requests that this action be DISMISSED WITHOUT PREJUDICE.[1]

Dated: May 16, 2008

_____
Andrew W. Shalaby, Attorney for
Plaintiff Jose Luis Ramirez

**ORDER**

IT IS SO ORDERED. The case is DISMISSED WITHOUT PREJUDICE.

Dated: May 16, 2008

_____
Magistrate Judge, U.S. District Court,
Northern District of California

---

[1] Opposing counsel is not willing stipulate to dismissal pursuant to Rule 41(a)(1) "at this time."

**REQUEST FOR DISMISSAL WITHOUT PREJUDICE**    CV 07-5701 JCS

1