Andrew W. Shalaby [SBN 206841]
7525 Leviston Ave
El Cerrito, CA 94530
tel. 510-528-8500, fax 510-528-2412

Attorney for Plaintiff Jose Luis Ramirez

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LUIS RAMIREZ,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>BERKELEY POLICE DEPARTMENT;<br>and DOES 1-50,<br><br>　　　　　　　　　Defendants. | Case No. CV 07-5701 JCS<br><br>REQUEST FOR DISMISSAL WITHOUT PREJUDICE PURSUANT TO STIPULATION |

Pursuant to Fed. R. Civ.P., rule 41(a)(1), Plaintiff JOSE LUIS RAMIREZ and defendant BERKELEY POLICE DEPARTMENT hereby STIPULATE to dismissal of this action WITHOUT PREJUDICE, and request the Court order dismissal accordingly.

Dated: May 20, 2008

　　　　　　　　　　　　　　　　　　　Andrew W. Shalaby, Attorney for
　　　　　　　　　　　　　　　　　　　Plaintiff Jose Luis Ramirez

Dated: May 20, 2008　　　　　　　　　/S/
　　　　　　　　　　　　　　　　　　　Matthew W. Orebic, Attorney for
　　　　　　　　　　　　　　　　　　　Defendant Berkeley Police Department

**ORDER**

IT IS SO ORDERED.  The case is DISMISSED WITHOUT PREJUDICE.

Dated: May 20, 2008

　　　　　　　　　　　　　　　　　　　Magistrate Judge, U.S. District Court,
　　　　　　　　　　　　　　　　　　　Northern District of California

Andrew W. Shalaby [SBN 206841]
7525 Leviston Ave
El Cerrito, CA 94530
tel. 510-528-8500, fax 510-528-2412

Attorney for Plaintiff Jose Luis Ramirez

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LUIS RAMIREZ,<br><br>　　　　　　Plaintiff,<br>v.<br>BERKELEY POLICE DEPARTMENT; and DOES 1-50,<br><br>　　　　　　Defendants. | Case No. CV 07-5701 JCS<br><br>REQUEST FOR DISMISSAL WITHOUT PREJUDICE PURSUANT TO STIPULATION |

Pursuant to Fed. R. Civ.P., rule 41(a)(1), Plaintiff JOSE LUIS RAMIREZ and defendant BERKELEY POLICE DEPARTMENT hereby STIPULATE to dismissal of this action WITHOUT PREJUDICE, and request the Court order dismissal accordingly.

Dated: May 20, 2008

_____
Andrew W. Shalaby, Attorney for
Plaintiff Jose Luis Ramirez

Dated: May 20, 2008

_____
Matthew J. Orebic, Attorney for
Defendant Berkeley Police Department

## ORDER

IT IS SO ORDERED. The case is DISMISSED WITHOUT PREJUDICE.

Dated: May 20, 2008

_____
Magistrate Judge, U.S. District Court,
Northern District of California