1  Andrew W. Shalaby [SBN 206841]
   7525 Leviston Ave
2  El Cerrito, CA 94530
   tel. 510-528-8500, fax 510-528-2412
3
   Attorney for Plaintiff Jose Luis Ramirez
4

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| JOSE LUIS RAMIREZ, | Case No. CV 07-5701 JCS |
|---|---|
| Plaintiff, | |
| v. | REQUEST FOR DISMISSAL WITHOUT PREJUDICE PURSUANT TO STIPULATION |
| BERKELEY POLICE DEPARTMENT; and DOES 1-50, | |
| Defendants. | |

Pursuant to Fed. R. Civ.P., rule 41(a)(1), Plaintiff JOSE LUIS RAMIREZ and defendant BERKELEY POLICE DEPARTMENT hereby STIPULATE to dismissal of this action WITHOUT PREJUDICE, and request the Court order dismissal accordingly.

Dated: May 20, 2008

_____
Andrew W. Shalaby, Attorney for
Plaintiff Jose Luis Ramirez

Dated: May 20, 2008                /S/
_____
Matthew W. Orebic, Attorney for
Defendant Berkeley Police Department

### ORDER

IT IS SO ORDERED. The case is DISMISSED WITHOUT PREJUDICE.

Dated: ~~May 20, 2008~~ May 21, 2008

_____
Magistrate Judge Joseph C. Spero, District Court,
Northern District of California